UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:26-CV-00322-GNS

RAUL HERNANDEZ RAMIREZ PETITIONER

v.

ADAM SMITH, Jailer,
Christian County Jail, in his official capacity;
DAVID VENTURELLA, Acting Director,
Immigration and Customs Enforcement,
in his official capacity;
SAMUEL J. OLSON, Field Office Director,
Immigration and Customs Enforcement,
Chicago Field Office, in his official capacity;
MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security,
in his official capacity; and
TODD BLANCHE, Attorney General
of the United States, in his official capacity RESPONDENTS

**ORDER**

This matter is before the Court on Petitioner's Petition for Writ of Habeas Corpus (DN 1), Petitioner's Motion for Ruling (DN 8), and Respondents' Motion to Dismiss (DN 11). Since the filing of the Petition, Petitioner has been released from custody, which renders the Petition moot.

Accordingly, **IT IS HEREBY ORDERED** that Respondents' Motion to Dismiss (DN 11) is **GRANTED**, and the Petitioner's Petition for Writ of Habeas Corpus (DN 1) and Petitioner's Motion for Ruling (DN 8) are **DENIED AS MOOT**. The Clerk shall strike this matter from the active docket.

**Greg N. Stivers, Judge**
**United States District Court**
November 19, 2026

cc: counsel of record